AO 245B-CAED (Rev. 9/01) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>TONY GUTIERREZ | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **3:17-mj-0003 CMK** |

## THE DEFENDANT:

- [ ] pleaded guilty to count(s): ____.
- [X] pleaded nolo contendere to counts(s) 2 which was accepted by the court.
- [ ] was found guilty on count(s) ___ after a plea of not guilty.
- [X] counts 1, 3, 4, 5, 6 and 7 are dismissed pursuant to oral plea agreement.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 111(a) | Assault, resist or impede officer | 05/26/2015 | 2 |

The defendant is sentenced as follows:

**The defendant is hereby remanded to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: FIVE (5) DAYS.**

---

4/11/2017
Date of Imposition of Judgment

*[signature]*
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

4/11/2017
Date